IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOSHUA COPE and JAMIE COPE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. CIV-15-1124-D |
| ) | |
| OXFORD LAW, LLC, ) | |
| ) | |
| Defendant. ) | |

# **JUDGMENT**

This matter is before the Court on Plaintiffs' Motion for Default Judgment and Brief in Support [Doc. No. 8], filed December 7, 2015.  Plaintiffs seek $1,000 in statutory damages and an award of attorney's fees in the amount of $1,635.50 as the prevailing party in this action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*  Plaintiffs' Motion is supported by evidence of attorney hours expended, as well as certifications of qualifications of counsel.  *See* Time Report [Doc. No. 8-1]; Certification of Tara L. Patterson [Doc. No. 8-2]; Craig Thor Kimmel's Declaration [Doc. No. 8-3].  Defendant has made no appearance in this case, and the time for Defendant to respond to Plaintiffs' Motion has expired.[1]  An Entry of Default [Doc. No. 7] was entered by the Clerk of Court on November 23, 2015.[2]

---

[1] "Each party opposing a motion shall file a response within 21 days after the date the motion was filed." LCvR 7.1(g).

[2] "Prior to obtaining a default judgment under either Rule 55(b)(1) or Rule 55(b)(2), there must be an entry of default as provided by Rule 55(a)."  10A CHARLES ALAN WRIGHT, ET AL., FEDERAL PRACTICE AND PROCEDURE § 2682 (3d ed.).

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiffs' Motion [Doc. No. 8] is GRANTED and judgment is hereby entered against Defendant Oxford Law, LLC, and in favor of Plaintiffs Joshua Cope and Jamie Cope, for the following:

the sum of $1,000 pursuant to 15 U.S.C. § 1692k(a)(2)(A); and

the sum of $1,635.50 in reasonable costs and attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3).

Accordingly, judgment is hereby entered in the total amount of $2,635.50.

DATED this  8th  day of January, 2016.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE